Ronald L. Richman, SBN 139189
C. Todd Norris, SBN 181337
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs
EXECUTIVE SECURITY MANAGEMENT, INC., dba THE APEX GROUP and CONTEMPORARY SERVICES CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE SECURITY MANAGEMENT, INC., a California corporation, d/b/a THE APEX GROUP and CONTEMPORARY SERVICES CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JACK DAHL, an individual, JEANETTE JOHNSON, in her individual capacity and as successor in interest to Jack Dahl, POPULOUS HOLDINGS, INC., a Delaware corporation, formerly known as HOK SPORT VENUE EVENT, and HOK GROUP, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. CV-09-9273-CAS-RCx<br><br>**ORDER GRANTING CONTINUATION OF PRE-TRIAL AND TRIAL DATES AND MEDIATION** |

**ORDER**

PURSUANT TO STIPULATION BY THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

/ / /

/ / /

/ / /

– 1 –
ORDER GRANTING CONTINUATION OF PRE-TRIAL AND TRIAL DATES AND MEDIATION

1  The pre-trial and trial dates shall be continued to the following dates:

2  Factual Discovery Cut-Off:           May 16, 2011

3  Last Day to File Motions:            June 3, 2011

4  Pretrial Conference/Motions In Limine:   August 15, 2011

5  Trial:                               September 13, 2011.

6  IT IS FURTHER ORDERED THAT the parties participate in mediation before a Magistrate Judge and that mediation shall be completed on or before May 1, 2011.

Based on the above, the Telephonic Status Conference set for November 12, 2010 is vacated.

DATED: November 10, 2010

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER

12925919.1

*****

— 2 —
ORDER GRANTING CONTINUATION OF PRE-TRIAL AND TRIAL DATES AND MEDIATION