# EXHIBIT 4

**Jeanette Johnson**

| | |
|---|---|
| From: | Damon Zumwalt [cscla01@earthlink.net] |
| Sent: | Saturday, April 14, 2007 12:55 PM |
| To: | 'T & E BULLIS'; 'BENJAMIN POITEVENT'; 'Frank Schulz'; 'Dan Sidders'; jeanette@apex-grp.com; jpurves@csc-usa.com |
| Subject: | FW: PROUD TO BE WHITE |
| Attachments: | PROUD TO BE WHITE] (101 KB) |



Damon Zumwalt
President/CEO

17101 Superior Street
Northridge, CA 91325
t. 818.885.5150
f. 818.885.0369
www.contemporaryservices.com

---

**From:** CZumwalt@aol.com [mailto:CZumwalt@aol.com]
**Sent:** Saturday, April 14, 2007 10:01 AM
**To:** virginiabarton@earthlink.net; cscla12@earthlink.net; hemphill_insurance@verizon.net; carlandmax@earthlink.net; jstankewicz@csc-usa.com; bethkerr@cox.net; agzk@pacbell.net; eric_rippon@hotmail.com; ceramicmolds@houston.rr.com; Zumwalts@gvtc.com; cscla01@earthlink.net
**Subject:** PROUD TO BE WHITE

---

See what's free at AOL.com.

1

Jeanette Johnson

From: g_billyj@bellsouth.net
Sent: Saturday, April 14, 2007 6:07 AM
To: bc@bellsouth.net
Subject: [Fwd: Fw: PROUD TO BE WHITE]

Subject: Fw: PROUD TO BE WHITE

# Proud To Be White



### Someone finally said it.

*How many are actually paying attention to this?*

There are African Americans, Mexican Americans,
Asian Americans, Arab Americans, Native Americans, etc.
And then there are just Americans.
You pass me on the street and sneer in my direction.
You Call me "White boy," "Cracker," "Honkey,"
"Whitey," "Caveman" . And that's OK.

1

EXHIBIT 4, PAGE 52
DAHL 000043

But when I call you, Nigger, Kike, Towel head, Sand-nigger,
Camel Jockey, Beaner, Gook, or Chink ... You call me a racist.
You say that whites commit a lot of violence against you,
So why are the ghettos the most dangerous places to live?
You have the United Negro College Fund. You have Martin Luther King
Day. You have Black History Month. You have Cesar Chavez Day. You
Have Yom Hashoah You have Ma'uled Al-Nabi You have the NAACP.
You have BET.
If we had WET (White Entertainment Television) . We'd be racists.
If we had a White Pride Day .. You would call us racists
If we had White History Month We'd be racists
If we had any organization for only whites to "advance" OUR lives ..
We'd be racists.
We have a Hispanic Chamber of Commerce, a Black Chamber of
Commerce, and then we just have the plain Chamber of Commerce.
Wonder who pays for that?
If we had a college fund that only gave white students scholarships
... You know we'd be racists. There are over 60 openly proclaimed
Black Colleges in the US , yet if there were "White colleges" ..
THAT would be a racist college.
In the Million Man March, you believed that you were marching
For your race and rights. If we marched for our race and rights,
You would call us racists.
You are proud to be black, brown, yellow and orange, and you're
Not afraid to announce it. But when we announce our white pride .
You call us racists.
You rob us, carjack us, and shoot at us. But, when a white police officer
Shoots a black gang member or beats up a black drug-dealer running
From the law and posing a threat to society . You call him a racist.
I am proud.
But, you call me a racist.

2

EXHIBIT 4 , PAGE 53

DAHL 000044

# Why is it that only whites can be racists?
### There is nothing improper about this e-mail.
### Let's see which of you are proud enough to send it on.



AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

Get your own web address.
Have a HUGE year through Yahoo! Small Business.

EXHIBIT 4, PAGE 54
DAHL 000045

**Jeanette Johnson**

**From:** Damon Zumwalt [cscla01@earthlink.net]
**Sent:** Thursday, May 17, 2007 8:47 PM
**To:** 'jim & marylou hull'; 'Dan Sidders'; CZumwalt@aol.com; 'Frank Schulz'; damonrey@gmail.com; jpurves@csc-usa.com; jeanette@apex-grp.com
**Subject:** FW: Redneck Elevator



Damon Zumwalt
President/CEO

17101 Superior Street
Northridge, CA 91325
t. 818.885.5150
f. 818.885.0369
www.contemporaryservices.com

---

**From:** T & E BULLIS [mailto:tabullis@sbcglobal.net]
**Sent:** Monday, May 07, 2007 1:55 PM
**To:** Damon Zumwalt
**Subject:** Redneck Elevator

Subject: Redneck Elevator

A redneck family from the hills was visiting the city and they were in
a mall for the first time in their lives. The father and son were strolling
around while the wife shopped. They were amazed by almost everything they
saw, but especially by two shiny, silver walls that could move apart and
then slide back together again.

The boy asked, "Paw, what'sat?"

The father (never having seen an elevator) responded, "Son, I dunno. I
ain't never seen anything like that in my whole life, I ain't got no idea'r
what it is."

While the boy and his father were watching with amazement, a fat old
lady in a wheel chair rolled up to the moving walls and pressed a button.

The walls opened and the lady rolled between them into a small room. The
walls closed and the boy and his father watched the small circular number
above the walls light up sequentially. They continued to watch until it
reached the last number and then the numbers began to light in the reverse
order.

Then the walls opened up again and a gorgeous, voluptuous 24 year-old

1

EXHIBIT 4, PAGE 55    C3
DAHL 000046

blonde woman stepped out.

The father, not taking his eyes off the young woman, said quietly to his son

"Boy.................go git cha Momma..............

2

## Jeanette Johnson

| | |
|---|---|
| From: | Damon Zumwalt [cscla01@earthlink.net] |
| Sent: | Thursday, May 17, 2007 8:41 PM |
| To: | 'Dan Sidders'; 'jim & marylou hull'; 'BENJAMIN POITEVENT'; bwagner@csc-usa.com; jpurves@csc-usa.com; jeanette@apex-grp.com; 'Lance Massey'; 'Mark Glaser'; 'Virginia Barton' |
| Subject: | FW: Fw: asian joke you plicks |



Damon Zumwalt
President/CEO

17101 Superior Street
Northridge, CA 91325
t. 818.885.5150
f. 818.885.0369
www.contemporaryservices.com

---

**From:** T & E BULLIS [mailto:tabullis@sbcglobal.net]
**Sent:** Friday, April 27, 2007 11:39 AM
**To:** Bill Walters
**Subject:** Fwd: Fw: asian joke you plicks



*Packy <packy@sbcglobal.net>* wrote:
From: "Packy" <packy@sbcglobal.net>
To: "Tim Forrey" <tforrey@san.rr.com>, "T & E BULLIS" <tabullis@sbcglobal.net>,
<Kevin_Forrey@hotmail.com>, "Joseph Florentino" <jfloren@pacbell.net>,
"John Averill" <jons4aces@yahoo.com>,
"hugh mclarnon" <hmclarnon@yahoo.com>,
"Don Milne" <doncolleen@sbcglobal.net>,
"Bernard Cervizzi" <bcervizzi@sbcglobal.net>
Subject: Fw: asian joke you plicks
Date: Wed, 25 Apr 2007 21:39:33 -0700

>Subject: Asian Joke


I had a bunch of Canadian dollars I needed to exchange, so I went to the currency exchange window at the local bank. Short line. Just one guy in front of me . . . an Asian guy who was trying to exchange yen for dollars and he was a little irritated . . .

He asked the teller, "Why it change?? Yestoday, I get two hunat dolla
fo yen. Today I get hunat eighty?? Why it change?"
The teller shrugged his shoulders and said, "Fluctuations".

The Asian guy says, "Fluc you white people, too!"

1

EXHIBIT 4, PAGE 57
C4

DAHL 000048

BME

E & T

EXHIBIT 4, PAGE 58

DAHL 000049

**Jeanette Johnson**

From: Damon Zumwalt [cscla01@earthlink.net]
Sent: Wednesday, June 13, 2007 11:49 AM
To: 'Jay Brock'; jpurves@csc-usa.com; jeanette@apex-grp.com; 'jim & marylou hull'; bwagner@csc-usa.com; 'Dan Sidders'
Subject: FW: 50+



Damon Zumwalt
President/CEO

17101 Superior Street
Northridge, CA 91325
t. 818.885.5150
f. 818.885.0369
www.contemporaryservices.com

**From:** T & E BULLIS [mailto:tabullis@sbcglobal.net]
**Sent:** Sunday, June 03, 2007 11:05 AM
**To:** Bill Walters
**Subject:** Fwd: 50+

*Elyse Bullis <erbullis@sbcglobal.net>* wrote:
Date: Sat, 2 Jun 2007 09:50:45 -0700 (PDT)
From: Elyse Bullis <erbullis@sbcglobal.net>
Subject: Fwd: 50+
To: T A Bullis <tabullis@sbcglobal.net>


Q: Where can men over the age of 50 find young, sexy women, who are interested in them?

A: Try a bookstore under fiction.


Q: What can a man do while his wife is going through menopause?

A: Keep busy. If you're handy with tools, you can finish the basement. When you are done you will have a place to live.


Q: How can you increase the heart rate of your 50+ year old husband?

1

EXHIBIT 4, PAGE 59   C5
DAHL 000050

A: Tell him you're pregnant.

Q: How can you avoid spotting a wrinkle every time you walk by a mirror?

A: The next time you're in front of a mirror, take off your glasses.

Q: Why should 50+ year old people use valet parking?

A: Valets don't forget where they park your car. *(this is me!)*

Q: Is it common for 50+ year olds to have problems with short term memory storage?

A: Storing memory is not a problem, retrieving it is a problem.

Q: As people age, do they sleep more soundly?

A: Yes, but usually in the afternoon.

Q: Where do 50+ year olds look for fashionable glasses?

A: Their foreheads.

My favorite

Q: What is the most common remark made by 50+ year olds when they enter antique stores?

A: 'I remember these'.

See what's free at AOL.com.

3

EXHIBIT 4, PAGE 61

DAHL 000052

Jeanette Johnson

**From:** Damon Zumwalt [cscla01@earthlink.net]
**Sent:** Monday, February 20, 2006 7:57 PM
**To:** Jeanette
**Subject:** FW: Roe vs. Wade



Damon Zumwalt
President/CEO

17101 Superior Street
Northridge, CA 91325
t. 818.885.5150
f. 818.885.0369
www.contemporaryservices.com

---

**From:** BENJAMIN POITEVENT [mailto:bpoitevent@msn.com]
**Sent:** Sunday, February 19, 2006 7:47 AM
**To:** Alan Lamarche; Bob; Bruce Alexander Minnick; Damon Zumwalt; Ed DePuy; Joe Taylor; John Poitevent; Varnadore, Art
**Subject:** Fw: Roe vs. Wade


----- Original Message -----
**From:** Doug Casipit
**To:** Undisclosed-Recipient:;
**Sent:** Saturday, February 18, 2006 1:01 PM
**Subject:** Fw: Roe vs. Wade


----- Original Message -----
**From:** Casipit, Michael
**To:** chris.cralle@jnetdirect.com ; Christopher Braisted ; DCasipit@cfl.rr.com ; kc4uws@msn.com
**Sent:** Thursday, February 16, 2006 12:39 PM
**Subject:** FW: Roe vs. Wade


**Ray Nagin, the mayor of New Orleans, was asked his views on Roe vs. Wade.**

**He said he didn't care how people got back to their houses.**

1

EXHIBIT 4, PAGE 62 C6
DAHL 000053

**Jeanette Johnson**

| | |
|---|---|
| From: | Damon Zumwalt [dzumwalt@csc-usa.com] |
| | Friday, April 06, 2007 6:12 PM |
| To: | 'T & E BULLIS'; 'jim & marylou hull'; 'BENJAMIN POITEVENT'; 'Frank Schulz'; jpurves@csc-usa.com; mglaser@csc-usa.com; 'Jay Brock '; jeanette@apex-grp.com |
| Subject: | FW: [Fwd: C H E A P   L A B O R ? ? ?] |



Damon Zumwalt
President/CEO

17101 Superior Street
Northridge, CA 91325
t. 818.885.5150
f. 818.885.0369
www.contemporaryservices.com

---

**From:** g_billyj@bellsouth.net [mailto:g_billyj@bellsouth.net]
**Sent:** Friday, April 06, 2007 7:38 AM
**To:** bc@bellsouth.net
**Subject:** [Fwd: C H E A P L A B O R ? ? ?]

**READ THE COMPLETE STORY.**

EXHIBIT 4, PAGE 63
C7
DAHL 000054



# CHEAP LABOR?

Isn't that what the whole immigration issue is about?
Business doesn't want to pay a decent wage
Consumers don't want expensive produce
Government will tell you Americans don't want the jobs
But the bottom line is cheap labor.
The phrase "cheap labor" is a myth, a farce, a lie...an oxymoron. There is no such thing as "cheap labor." Take, for example, an illegal alien with a wife and five children.
He takes a job for $5.00 or $6.00/hour.
At that wage, with six dependents, he pays no income tax, yet
at the end of the year, if he files an Income Tax Return, he gets an "earned income credit" of up to $3,200 free.
He qualifies for Section 8 housing and subsidized rent

2

EXHIBIT 4, PAGE 64
DAHL 000055

He qualifies for food stamps

He qualifies for free (no deductible, no co-pay) health care

His children get free breakfasts and lunches at school.

He requires bilingual teachers and books.

He qualifies for relief from high energy bills.

If they are or become, aged, blind or disabled, they qualify for SSI.

Once qualified for SSI they can qualify for Medicare.

All of this is at the taxpayer's expense.

He doesn't worry about car insurance, life insurance, or homeowners insurance.

Taxpayers provide Spanish language signs, bulletins and printed material.

He and his family receive the equivalent of $20.00 to $30.00/hour in benefits.

Working Americans are lucky to have $5.00 or $6.00/hour left after paying their bills and <u>his.</u>

The American taxpayer's also pay for increased crime, graffiti and trash clean up.

Cheap labor?

YEAH RIGHT!

Wake up people!

Kind of scary, when you think about it