1 | RUTAN & TUCKER, LLP
Milford W. Dahl, Jr. (State Bar No. 36796)
2 | mdahl@rutan.com
611 Anton Boulevard, Fourteenth Floor
3 | Costa Mesa, California 92626-1931
Telephone:   714-641-5100
4 | Facsimile:   714-546-9035

5 | Attorneys for Defendants and Cross-Complainants
Jack Dahl, an individual, by Jeanette Johnson, as his
6 | successor in interest, and Jeanette Johnson, in her
individual capacity

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | EXECUTIVE SECURITY
MANAGEMENT, INC., a California
12 | corporation, d/b/a The APEX Group and
CONTEMPORARY SERVICES
13 | CORPORATION, a California corporation,

14 |                         Plaintiffs,
    | vs.
15 |
JACK DAHL, an individual, and
16 | JEANETTE JOHNSON, in her individual
capacity and as successor in interest to Jack
17 | Dahl, POPULOUS HOLDINGS, INC., a
Delaware corporation, formerly known as
18 | HOK Sport Venue Event, HOK Group, Inc.,
a Delaware corporation,
19 |
                        Defendants.
20 |

21 | AND RELATED CROSS-ACTION.

Case No. CV-09-9273-CAS-RCx

**DECLARATION OF MILFORD W.
DAHL, JR. FILED IN OPPOSITION TO
CROSS-DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT**

**Filed concurrently with Cross-
Complainant's Points And Authorities In
Opposition To Cross-Defendant's Motion
For Partial Summary Judgment; and
Declaration of Jeanette Johnson]**

DATE:   October 24, 2011
TIME:   10:00 a.m.
CTRM:  5

Date Action Filed:  December 17, 2009

22 |

23 |        I, Milford W. Dahl, Jr., declare:

24 |        1.        I am an attorney duly licensed to practice law in the State of California and a

25 | partner in the law firm of Rutan & Tucker, LLP, counsel to defendants and cross-

26 | complainants Jeanette Johnson individually and in her capacity as successor-in-interest to

27 | Jack Dahl.  I am not related to Jack Dahl.

28 |        2.        At all times I have had the primary responsibility at Rutan & Tucker of

Rutan & Tucker, LLP
attorneys at law

034/026716-0001
2323549.1 a09/14/11

-1-

Declaration of Milford W. Dahl, Jr. Filed In
Opposition to Cross-Defendants' Motion For
Partial Summary Judgment

1   representing said parties.

2          3.      I have personal knowledge of the following, and if called to testify am

3   competent to do so.

4          4.      I attended the deposition of Ellen Bradley-Windell taken by plaintiff and

5   cross-defendants' counsel Renee E. Rothauge on April 28, 2011 in Los Angeles, California.

6   Attached hereto as Exhibit 10 are true and correct copies of pertinent pages of the April 28,

7   2011 deposition transcript of Ellen Bradley-Windell which were not introduced by cross-

8   defendants in the Declaration of Renee E. Rothauge as follows:

9                  a.      Page 24, lines 12-18;

10                 b.      Page 85, lines 10, through page 86, lines 21; and

11                 c.      Page 100, lines 8-12.

12         5.      As counsel for Jack Dahl and Jeanette Johnson I first attempted to negotiate a

13  resolution of the disputes between and the plaintiffs and cross-defendants with their in-

14  house counsel James Service.  In the middle of those negotiations plaintiffs and cross-

15  defendants retained the outside law firm of Parker, Milliken, Clark, O'Hara, Samuelian and

16  particularly Rebecca M. Aragon who began making accusations.  My partner Mark Payne,

17  who is an employment law specialist sent her a letter of February 28, 2008, which has been

18  Bates stamped DAHL 000118 and produced to plaintiffs and cross-defendants' counsel

19  which states as follows:

20                 Finally it appears the APEX continues to list Mr. Dahl as
                   executive vice president on APEX's website and that CSC
21                 continues to list Ms. Johnson as Public Relations on a separate
                   website (see enclosed example pages from these websites).  The
22                 publication is untrue, misleading and can cause confusion to
                   customers and others in this business.  Please remove all
23                 references to Mr. Dahl and Ms. Johnson immediately.

24  Also enclosed with the letter were the enclosures referenced appearing on the website on

25  February 28, 2008 and Bates stamped DAHL 000111-000113.  True and correct copies of

26  the letter of February 28, Exhibit 7, and the website, Exhibit 6, are attached hereto and

27  incorporated herein by reference as though set forth at length.

28         6.      Subsequently I learned that despite my request, my clients' names were not

Rutan & Tucker, LLP
attorneys at law

034/026716-0001
2323549.1 a09/14/11

-2-

Declaration of Milford W. Dahl, Jr. Filed In
Opposition to Cross-Defendants' Motion For
Partial Summary Judgment

1  removed from the website.  I therefore sent a second letter dated March 5, 2008 to Ms.

2  Aragon which states:

3  > Finally, Jack advises that APEX continues to use their names and information on its website despite Mr. Payne's

4  > February 28 demand that they be removed.  I would appreciate any efforts by you to have your client **immediately** remove

5  > Jack and Jeanette's names from the websites.

6  Attached hereto as Exhibit 8 is a true and correct copy of said letter Bates stamped DAHL

7  0001503, which letter was also produced in this litigation to plaintiff and cross-defendants'

8  counsel.

9      I declare under penalty of perjury under the laws of the United States that the

10  statements contained herein are true and correct.

11      Executed this **23** day of September 2011, at Costa Mesa, California.

13  Milford W. Dahl, Jr.

Rutan & Tucker, LLP
attorneys at law

034/026716-0001
2323549.1 a09/14/11

-3-

Declaration of Milford W. Dahl, Jr. Filed In
Opposition to Cross-Defendants' Motion For
Partial Summary Judgment