Renee E. Rothauge, SBN 271239
MARKOWITZ, HERBOLD, GLADE &
MEHLHAF, P.C.
1211 SW Fifth Avenue, Suite 3000
Portland, Oregon 97204
Telephone: 503.295.3085
Facsimile: 503.323.9105
Email: ReneeRothauge@MHGM.com

Ronald L. Richman, SBN 139189
C. Todd Norris, SBN 181337
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
Email: ron.richman@bullivant.com
Email: todd.norris@bullivant.com

Attorneys for Plaintiffs
EXECUTIVE SECURITY
MANAGEMENT, INC., dba THE
APEX GROUP and CONTEMPORARY
SERVICES CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
FEB 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE SECURITY MANAGEMENT, INC., a California corporation, d/b/a The APEX Group and CONTEMPORARY SERVICES CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JACK DAHL, an individual, JEANETTE JOHNSON, in her individual capacity and as successor in interest to Jack Dahl, POPULOUS HOLDINGS, INC., a Delaware corporation, formerly known as HOK Sport Venue Event, HOK Group, Inc., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. CV-09-9273 CAS (JEMx)<br><br>Judge: Hon. Christina A. Snyder<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

– 1 –
ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## **ORDER**

PURSUANT TO STIPULATION BY THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT this case be dismissed, and hereby is dismissed, with prejudice, in its entirety, as to all parties and claims, each side to bear their own attorneys' fees, costs and expenses.

DATED: February 16, 2012

_____
HON. CHRISTINA A. SNYDER

13687213.1

*****

ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE